The State of Ohio, Appellant, *v.* Davis, Appellee.

[Cite as *State v. Davis,* 134 Ohio St.3d 592, 2012-Ohio-5761.]

(Nos. 2012–1514 and 2012–1528—Submitted December 4, 2012—Decided December 7, 2012.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Howard,* 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341.

O'Connor, C.J., and Pfeifer, Lundberg Stratton, O'Donnell, Lanzinger, Cupp, and McGee Brown, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Daniel T. Van and James M. Rice, Assistant Prosecuting Attorneys, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and Cullen Sweeney, Assistant Public Defender, for appellee.